IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-15077
_____

KARASTAN L. EDWARDS,

          Petitioner,

versus

U.S. ATTORNEY GENERAL,

          Respondent.

_____

On Petition for Review from an Order
of the Board of Immigration Appeals
_____

O R D E R:

Petitioner is DIRECTED to file a copy of the motion he filed in the Superior Court of Barrow County, Georgia, that led to the February 22, 2017 "Consent Order Modifying Sentence," which that court issued in *State of Georgia v. Karastan Laughton Edwards*, No. 12-CR-000093-M.

The copy of the motion is to be filed on or before 10:00 a.m. Eastern on

Wednesday, October 6, 2021, and may be filed electronically.   Service should be made simultaneously on opposing counsel.

        David J. Smith
        Clerk of the United States Court of
        Appeals for the Eleventh Circuit

        ENTERED FOR THE COURT - BY
        DIRECTION